



**11-CV-01829-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL FRANCIS MOYNIHAN, JR.,

                    Plaintiff,          Case No. C11-1829-JLR

        v.

TOM SCHLICKER,                          ORDER DISMISSING ACTION

                    Defendant.

        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find

and ORDER:

        (1)     The Court adopts the Report and Recommendation.

        (2)     Plaintiff's complaint, and this action, are DISMISSED for failure to state a claim

upon which relief may be granted.

        (3)     Plaintiff's application to proceed *in forma pauperis* is STRICKEN as moot.


ORDER DISMISSING ACTION
PAGE - 1

1        (4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

2 defendant, and to the Honorable James P. Donohue.

3        DATED this 19th day of March , 2012.

4

5                                        _____

6                                      JAMES L. ROBART
                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING ACTION
PAGE - 2